```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PATRICK LAVECCHIA, et al.      :      CIVIL ACTION
                               :
          v.                   :
                               :
CHRISTIAN C. FLEMING, et al.   :      NO. 22-390
```

JUDGMENT

AND NOW, this 9th day of January, 2023, based on the foregoing findings of fact and conclusions of law, it is hereby ORDERED that JUDGMENT is entered in favor of defendants Christian C. Fleming and Ashley A. Fleming and against plaintiffs Patrick LaVecchia and Abigail Case.

BY THE COURT:

/s/ Harvey Bartle III
_____
                            J.