```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA


PATRICK LAVECCHIA, et al.       :        CIVIL ACTION
                                :
          v.                    :
                                :
CHRISTIAN C. FLEMING, et al.    :        NO. 22-390
```

ORDER

AND NOW, this 7th day of February, 2023, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the motion of plaintiffs Patrick Lavecchia and Abigail Case to amend and/or alter the judgment is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
                                                    J.